IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PAMELA F. BEILER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13-cv-00866 |
| ) | |
| FIA CARD SERVICES, N.A., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the court on the Consent Motion to Extend Mediation Deadline [Doc. #24] filed by Defendant FIA Card Services, N.A. and Plaintiff Pamela F. Beiler (collectively, the "Parties"). The Court finds good cause to allow the requested extension by consent.

IT IS THEREFORE ORDERED that the Motion to Extend Mediation Deadline [Doc. #24] is GRANTED, and the parties have until September 30, 2014 to complete mediation in this matter.

This, the 14th day of August, 2014.

                 /s/ Joi Elizabeth Peake
                 United States Magistrate Judge