UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

**PAMELA F. BEILER,**

          **Plaintiff,**

**v.**

          **CASE NO.: 1:13cv866**
          **(TDS/JEP)**

**FIA CARD SERVICES, N.A.,**

          **Defendant.**

## RULE 41 STIPULATION OF DISMISSAL

  Plaintiff Pamela F. Beiler and Defendant FIA Card Services, N.A., each by counsel, pursuant to Fed. R. Civ. P. 41, submit this Stipulation of Dismissal and dismiss this action with prejudice, with each party bearing its own fees and costs.

           **PAMELA F. BEILER**

Date: September 11, 2014    By:  /s/ William L. Downing
            Of Counsel

Christopher Colt North, Esq. (Appearing *pro hac vice*)
William L. Downing, Esq. (Appearing *pro hac vice*)
THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Telephone: (757) 873-1010
Facsimile: (757) 873-8375
Email: cnorthlaw@aol.com
Email: wdowninglaw@aol.com


          By:  /s/ Robert C. Ekstrand

Robert C. Ekstrand
N.C. State Bar No. 26673
EKSTRAND & EKSTRAND LLP
110 Swift Avenue, Second Floor
Durham, North Carolina 27705

1

Telephone: (919) 416-4590
Facsimile: (919) 416-4591
Email: rce@ninthstreetlaw.com

*Attorneys for Plaintiff Pamela F. Beiler*

**FIA CARD SERVICES, N.A.**

Date: September 11, 2014         By:     /s/ D. Martin Warf
                                             Of Counsel

D. Martin Warf
N.C. State Bar No. 32982
NELSON MULLINS RILEY & SCARBOROUGH LLP
4140 Parklake Ave., GlenLake One, Suite 200
Raleigh, NC 27612
Telephone: (919) 877-3800
Facsimile: (919) 877-3799
Email: martin.warf@nelsonmullins.com

*Attorney for Defendant FIA Card Services, N.A.*

## CERTIFICATE OF SERVICE

I certify that on September 11, 2014, the foregoing was electronically filed with the Court's CM/ECF System, which will issue a Notice of Electronic Filing ("NEF") to counsel of record for every party whose counsel of record are registered to receive NEFs through the Court's CM/ECF System as set out below. I further certify that every party to this action has at least one counsel of record registered to receive NEFs in this action.

  /s/ William L. Downing
William L. Downing, VSB # 17704